IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JESUS IVAN TORRES<br>                    Defendant. | 8:03CR460<br><br>ORDER OF DISMISSAL |

This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 162) of the indictment against defendant JESUS IVAN TORRES. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for dismissal is granted. The indictment against JESUS IVAN TORRES is dismissed without prejudice.

Dated this 6th day of February, 2013.

BY THE COURT:

s/ Joseph F. Batallion
United States District Court Judge